UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Knoxville

ROBERT GLEASON )
_____ )
_____ )
Name of plaintiff (s) )
)
v. )  Case No. 3:13-CV-712
)  (to be assigned by Clerk)
FOOD CITY 654 )
SAM TURNER )  Collier / Guyton
BUCKY SLAGLE )
Name of defendant (s) )

## COMPLAINT

1. A short and plain statement of the grounds for filing this case in federal court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

AFTER BEING INJURED ON THE JOB, I WAS UNDER DR RESTRICTIONS & FORCED TO WORK WITH THOSE RESTRICTIONS NOT BEING HONORED BY FOOD CITY, & ITS MANAGER SAM TURNER - I WAS THEN FALSELY FIRED.

2. Plaintiff, ROBERT GLEASON resides at 213 WOODLAND TRACE DR, KNOXVILLE
street address / city

KNOX , TN , 37934 , 865-777-9747
county / state / zip code / telephone number

(if more than one plaintiff, provide the same information for each plaintiff below)

1

3. Defendant, FOOD CITY #654 lives at, or its business is located at
3075 CHARLES G SEIVERS BLVD, CLINTON,
street address / city
ANDERSON, TN, 37716.
county / state / zip code

(if more than one defendant, provide the same information for each defendant below)

| SAM TURNER | UNKNOWN |
| BUCKY SLAGLE | UNKNOWN |

4. Short and plain statement of your claim (state as briefly as possible the facts of your case and how each defendant is involved. You may use additional paper if necessary):

FOOD CITY WAS MY EMPLOYER WHEN I GOT HURT. SAM TURNER WAS THE STORE MANAGER WHO DID NOT HONOR THE RESTRICTIONS PRESCRIBED BY MY WORKMANS COMP DR. HE ALSO CREATED A HOSTILE WORK ENVIORMENT AND CREATED UNSAFE CONDITIONS TO WORK IN. BUCKY SLAGLE WAS THE DISTRICT MANAGER WHO WAS MADE AWARE OF THE SITUATION.

I ALSO HAS CONTACTED PEGGY IN THE FOOD CITY HOME OFFICE AND MADE HER AWARE OF THE SITUATION ON SEVERAL OCCATIONS.

2

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. HAVE FOOD CITY CREATE A FORUM WHERE MGR'S ARE TRAINED TO FOLLOW ADA RULES.

   b. HAVE FOOD CITY CREATE A MIN. EMPLOYEE STANDARD, TO OPERATE DEPARTMENTS SAFELY WITH THE PROPER NUMBER OF STAFF.

   c. PAY DAMAGES TO ROBERT GLEASON FOR ALL MEDICAL COSTS, INCLUDING ANY FURTHER TREATMENT, FOR LOSS OF INCOME AND PAIN/SUFFERING

   d. PAY ALL COURT & ATTORNEY FEES INCURRED BY ME.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 9TH day of DECEMBER, 2013.

_____
Signature of plaintiff (s)

3