UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT GLEASON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-CV-712-PLR-HBG |
| ) | |
| FOOD CITY 654, SAM TURNER, and ) | |
| BUCKY SLAGLE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM AND ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

The parties appeared before the Court on August 26, 2014, via telephone for a discovery conference pursuant to the Scheduling Order. Plaintiff was present representing himself *pro se*, and Attorney Howard Jackson was present representing the Defendants. The issue presented to the Court was that Plaintiff had failed to make his initial disclosures and respond to discovery in a timely manner, failed to execute a medical release, and had not agreed to set a date for his deposition. The Court advised the Plaintiff of his duties to comply with the Federal Rules of Civil Procedure and the deadlines set by the Court.

The Court heard from both parties and certain agreements were reached. Accordingly, it is **ORDERED**:

1. Plaintiff **SHALL** execute and deliver the proposed medical release to Mr. Howard on or before **September 12, 2014**;

2. Plaintiff **SHALL** provide Mr. Howard with initial disclosures that fully comply with Fed. R. Civ. P. (a)(1)(A) on or before **September 12, 2014**;

3. Plaintiff **SHALL** provide answers to the interrogatories and requests for production served upon him on January 23, 2014, on or before **September 12, 2014**; and

4. Plaintiff **SHALL** appear at the offices of Wimberly, Lawson, Wright, Daves & Jones, PLLC, 550 Main Avenue, Suite 900, Knoxville, Tennessee, 37901 at **1:00 p.m. on September 12, 2014** to give his deposition. On August 27, 2014, the day following the conference, Plaintiff confirmed that he was available at this date and time. As was stated at the conference, Plaintiff is advised that the deposition is likely to take four hours to complete but may take up to seven hours to complete.

5. Consistent with the Court's statements at the conference, Plaintiff is hereby **ADMONISHED** that failure to comply with this Memorandum and Order or any other Order of the Court in the future is likely to result in the imposition of sanctions including an award of fees and/or a recommendation that this case be dismissed, pursuant to Rule 37(b) of the Federal Rules of Civil Procedure. As stated in the conference, Plaintiff must comply with applicable deadlines without Court intervention.

**IT IS SO ORDERED.**

ENTER:

_/s/ Bruce Guyton_
United States Magistrate Judge